IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. NICHOLAS GEOFFREY COMBS, Defendant. | CR 23-44-M-DWM ORDER |

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. (Doc. 21.) Defendant Nicholas Geoffrey Combs entered into a plea agreement that provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 2253(a).

IT IS ORDERED:

THAT Defendant Combs' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253(a):

(1) Black Asus laptop (S/N: E7NOCX15198328D);

(2) Black Lenovo PC tower (S/N: R302WA3W);

(3) Kingston KVR memory chip #1 (S/N: 4576936-0977834);

(4) Kingston KVR memory chip #2 (S/N: 4576936-0938783);

(5) Kingston USB drive (S/N: 0019E06B5883F950175E);

1

(6) Sony USB drive (S/N: 2A07060510986);

(7) Cartoon USB drive (S/N: 0F8ADCDF);

(8) 1 TB Western Digital hard drive (S/N: wcatr8388580);

(9) 1000GB Seagate hard drive (S/N: zld2aqqw);

(10) 1 TB Seagate hard drive (S/N: Z9A5ETDP);

(11) Silver/red USB drive (S/N: Unknown);

(12) Silver iPad (S/N: DMTM4X5FK0);

(13) Black Google Pixel 3 cell phone (IMEI: 358124090183761);

(14) Black Google phone (IMEI not pulled during extraction process); and

(15) Silver 1 Plus cell phone.

THAT HSI, the United States Marshalls Service, or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C.

§ 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 16th day of January, 2024.

_____
Donald W. Molloy, District Judge
United States District Court